Youssef H. Hammoud (SBN: 321934)
yh@lawhammoud.com
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693

*Attorneys for Plaintiff*
*Tina Jaggers*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA JAGGERS, | Case No. 5:22-cv-00784-JGB-SP |
| Plaintiff, | |
| v. | |
| QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; UNIVERSAL HEALTH SERVICES OF PALMDALE, INC. d/b/a CORONA REGIONAL MEDICAL CENTER; CORONA REGIONAL EMERGENCY MEDICAL ASSOCIATES, INC.; MEDICAL DATA SYSTEMS INC. d/b/a MEDICAL REVENUE SERVICE; FRESNO CREDIT BUREAU d/b/a CREDITORS BUREAU USA; RADAVANTAGE, A PROFESSIONAL CORPORATION; and GULF COAST COLLECTION BUREAU, INC. | **NOTICE OF SETTLEMENT AS TO DEFENDANT UNIVERSAL HEALTH SERVIES OF PALMDALE, INC. d/b/a CORONA REGIONAL MEDICAL CENTER ONLY** |
| Defendants. | |

- 1 -

## **NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that Plaintiff Tina Jaggers ("Plaintiff") has settled her claims with Defendant Universal Health Services of Palmdale, Inc. d/b/a Corona Regional Medical Center ("Corona") in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulation for Dismissal with prejudice as to Defendant Corona ONLY within the next forty-five (45) days. Plaintiff requests that this Court vacate all pending deadlines and hearings in this matter against Defendant Corona ONLY. Plaintiff also requests that this Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this November 18, 2022.

By: /s/ *Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
HAMMOUD LAW, P.C.
3744 E. Chapman Ave., #F12269
Orange, CA 92859
T: (949) 301-9692
F: (949) 301-9693

*Attorneys for Plaintiff,*
*Tina Jaggers*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

/s/ Youssef H. Hammoud