David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone 310.242.2200
Fax 310.242.2222

Attorneys for Defendant
MEDICAL DATA SYSTEMS, INC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA JAGGERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC.; UNIVERSAL HEALTH SERVICES OF PALMDALE, INC. d/b/a CORONA REGIONAL MEDICAL CENTER; MEDICAL DATA SYSTEMS, INC. d/b/a CREDITORS BUREAU USA; RADVANTAGE, A PROFESSIONAL CORPORATION; and GULF COAST COLLECTION BUREAU, INC.,<br><br>　　　　Defendants. | CASE NO.: 5:22-cv-00784-JGB-SP<br><br>**ORDER GRANTING STIPULATION TO DISMISS ALL PARTIES WITH PREJUDICE** |

　　　　The Court has reviewed the Stipulation of Plaintiff TINA JAGGERS and Defendants MEDICAL DATA SYSTEMS, INC., to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the

parties, the Court orders as follows: That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED.**

DATED: January 12, 2023

_____
Honorable Jesus G. Bernal
United States District Judge